UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 04-373 (MLC) |
| v. | : | |
| STOP HUNTINGDON ANIMAL CRUELTY USA, INC., KEVIN KJONAAS, a/k/a "Kevin Jonas," a/k/a "Steve Shore," a/k/a "Jim Fareer," LAUREN GAZZOLA, a/k/a "Angela Jackson," a/k/a "Danielle Matthews," JACOB CONROY, JOSHUA HARPER, ANDREW STEPANIAN, DARIUS FULLMER, and JOHN MCGEE | : : : : : : : | ORDER FOR DISMISSAL OF JOHN MCGEE |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, dismisses against John McGee only, Superseding Indictment, Crim. No. 04-373(MLC), filed on February 18, 2005, charging John McGee, Stop Huntingdon Animal Cruelty USA, Inc.; Kevin Kjonaas; Lauren Gazzola; Jacob Conroy; Joshua Harper; Andrew Stepanian; and Darius Fullmer with conspiracy to use facilities in interstate commerce for the purpose of causing the disruption to the business of an animal enterprise and thereby cause more than $10,000 in damage, in violation of Title 18,

United States Code, Section 43, for the reason that prosecution is not in the best interest of the United States at this time.

This dismissal is without prejudice.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. MARY L. COOPER
United States District Judge
JUNE 1, 2005